Case 3:18-cv-00108   Document 16   Filed on 03/06/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHELLE GARCIA, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:18-cv-00108 |
| vs. | § § § | **JURY TRIAL DEMANDED** |
| CITY OF TEXAS CITY, TEXAS, and MATTHEW T. DOYLE, individually and as Mayor of the City of Texas City, | § § § § § | |
| *Defendants.* | § | |

## AGREED FINAL TAKE-NOTHING JUDGMENT

The Court, having been advised that Plaintiff, Michelle Garcia (hereinafter "Plaintiff"), and Defendants, the City of Texas City, Texas and Matthew T. Doyle, individually and in his capacity as Mayor of the City of Texas City (hereinafter "Defendants"), have agreed that all causes of action asserted against the Defendants should be dismissed with prejudice to refiling same. The Court, therefore,

ORDERS that this suit and all causes of action against Defendants, the City of Texas City, Texas and Matthew T. Doyle, individually and as Mayor of the City of Texas City, are dismissed with prejudice to refiling same and that all taxable costs have been satisfied. It is further

ORDERED that the claim-preclusive effect of this judgment is a bar on all of Plaintiff's claims asserted in this lawsuit, as well as, any and all factually-related claims that could have been asserted in this lawsuit, but were not asserted.

THIS IS A FINAL JUDGMENT. All relief not expressly granted herein in DENIED.

SIGNED at Houston, Texas this 6th day of March, 2019.

*George C. Hanks*
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND ENTRY REQUESTED:

GARCIA-MARTIN & MARTIN, P.C.


By: */s/ Lionel Martin*
      Lionel Martin
      State Bar No. 24037032
      Southern District of Texas Bar No. 31342
      12946 South Dairy Ashford Road
      Suite 220
      Sugar Land, Texas 77478
      Tel: (281) 277-3066
      Fax: (281) 277-3067

ATTORNEY-IN-CHARGE FOR PLAINTIFF


BLANK ROME LLP


By: */s/ Susan L. Bickley*
      Susan L. Bickley
      State Bar No. 02298150
      Southern District of Texas Bar No. 6869
      717 Texas, Suite 1400
      Houston, Texas 77002
      Tel: (713) 228-6601
      Fax: (713) 228-6605

ATTORNEY-IN-CHARGE FOR DEFENDANTS